# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARTURO GOMEZ-TORRES,
                    Appellant,
        vs.
STEPHANIE LOVELL,
                    Respondent.

No. 78712

**FILED**

DEC 2 3 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Chief Judge, The Eighth Judicial District Court
       Hon. Gerald W. Hardcastle, Senior Judge
       Bowen Law Offices
       Stephanie Lovell
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-51780